**Verification**

I, Troy Jordan hereby state that I am authorized to make this Verification, and that the facts and statements contained in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief.  I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification before authorities.

Date:   5/5/2022

                                            /s/ Troy Jordan_____
                                           Troy Jordan

{00392753;v1}