B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                          Bankruptcy No. 13
    Troy Jordan
        Debtor

    Troy Jordan
        Plaintiff                                                Adversary No. 22-41

    Foundation Finance Company
        Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  **Answer is due 6-5-22.**

| Address of Clerk | U.S. Bankruptcy Court<br>Robert N.C. Nix Building<br>900 Market Street, Suite 400<br>Philadelphia  PA   19107-4299 | U.S. Bankruptcy Court<br>201 Penn Street Ste 103<br>Reading, PA 19601 |
|---|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name/Address of Plaintiff's Attorney | George Miller<br>Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall W<br>Suite 400<br>Phiadelphia, PA 19106 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

May 6, 2022

By: s/ Randi Janoff
Deputy Clerk

Bankruptcy No. 20-14596      Adversary No. 22-41

## CERTIFICATE OF SERVICE

I, __Jennifer Carlson__ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __5/9/2022__ (date) by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
Foundation Finance Company; 2001 Western Avenue, Suite 400 Seattle, WA 98121

Rebecca A. Solarz, Esquire; KML Law Group, P.C., BNY Mellon Independence Center 701 Market Street, Suite 5000 Philadelphia, PA 19106

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__5/9/2022__                         _[signature]_
Date                                  Signature

Print Name: Jennifer Carlson, Bankruptcy Admin for Michelle Lee, Esq.
Business Address: 170 S. Independence Mall West; Ste 400E
City, State, Zip: Philadelphia, PA 19106